# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>3320 KEMPER STREET, LLC,<br><br>　　　　　　　　　　Defendant. | CASE NO. 14cv1074 JM(KSC)<br><br>ORDER DENYING MOTION TO STAY AND FOR EARLY EVALUATION CONFERENCE |

Pursuant to California Civil Code §55.54, Defendant 3320 Kemper Street, LLC ("Kemper") moves to stay this action and for an early evaluation conference. Plaintiff Chris Langer opposes the motion. Pursuant to Local Rule 7.1(d)(1), the court finds the matters presented appropriate for resolution without oral argument. For the reasons set forth below, the court denies the motion to stay and for an early evaluation conference.

## BACKGROUND

On April 29, 2014, Plaintiff, a California resident with physical disabilities, commenced this federal question action against Kemper by alleging four claims for relief: (1) violation of the Americans with Disability Act ("ADA"); (2) violation of the Unruh Civil Rights Act; (3) violation of the California Disabled Persons Act; and (4) negligence.

In broad brush, Plaintiff alleges that he visited Kemper's property and encountered "inaccessible conditions [that] denied Plaintiff full and equal access and caused him difficulty." (Compl. ¶13). Specifically, he alleges that accessible parking

spaces once existed at the location but that the paint had faded "beyond recognition." (Compl. ¶11). All of Plaintiff's claims arise from the allegation of faded paint marking the disability parking space(s).

## DISCUSSION

Kemper seeks to stay the proceedings and for an early evaluation conference. Under the Construction-Related Accessibility Standards Compliance Act ("CRASCA"), defendants in construction-related accessibility actions may obtain a stay and an early evaluation conference for the lawsuit. Cal. Civil Code §55.54(b)(1). This provision, however, does not apply to ADA claims because it conflicts with federal law. See Cal. Fed. Sav. & Loan Ass'n v. Guerra, 479 U.S. 272, 280-81 (1987); O'Campo v. Chico Mall, LP, 758 F.2d 976, 984-85 (E.D. Cal. 2010).

The state procedures identified in CRASCA are procedural in scope. Under the Erie doctrine, the procedural provisions of CRASCA do not apply to state claims when such claims are filed in federal court. See Moreno v. Town and Country Liquors, 2012 WL 2960049 *4 (E.D. Cal. 2012).[1] Accordingly, the court denies the motion to stay and for an early evaluation conference.

In sum, the court denies the motion to stay and for an early evaluation conference.

**IT IS SO ORDERED.**

DATED: August 5, 2014

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties

---

[1] The court notes that Kemper's motion for an evaluation conference is moot because, pursuant to Local Rules, an early neutral evaluation ("ENE") will be conducted once an answer is filed. As Kemper filed an answer on June 10, 2014, the ENE will be scheduled shortly.